1154

Wilhite for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 95–1018.  KENTUCKY *v.* ELDRED.  Sup. Ct. Ky.  Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 95–1023.  TWENTY-THREE NINETEEN CREEKSIDE, INC., ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 9th Cir. Motion of petitioners to strike the brief in opposition denied. Certiorari denied.

No. 95–1125.  GENERAL PUBLIC UTILITIES CORP. ET AL. *v.* DODSON ET AL.  C. A. 3d Cir.  Motion of Edison Electric Institute et al. for leave to file a brief as *amici curiae* granted.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this motion and this petition.

No. 95–1130.  GRECO *v.* FITZPATRICK, CHIEF JUSTICE, PROBATE AND FAMILY COURT OF MASSACHUSETTS, ET AL.  C. A. 1st Cir.  Motion of petitioner to consider this case with No. 95–1207, *Greco* v. *Atwood & Cherny et al.*, denied.  Certiorari denied.

No. 94–8817.  KINCHEN *v.* SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES, 514 U. S. 1131;

No. 95–608.  HOLYWELL CORP. ET AL. *v.* SMITH, INDIVIDUALLY AND AS TRUSTEE OF THE MIAMI CENTER LIQUIDATING TRUST, ET AL., *ante*, p. 1044;

No. 95–613.  SARDUY *v.* SOUTHERN BELL TELEPHONE TELEGRAPHIC, INC., *ante*, p. 1044;

No. 95–676.  GUEVARA *v.* MARITIME OVERSEAS CORP., *ante*, p. 1046;

No. 95–709.  FORD MOTOR CO. ET AL. *v.* TEBBETTS, ADMINISTRATRIX OF THE ESTATE OF TEBBETTS, *ante*, p. 1072;

No. 95–6285.  HIGH *v.* THOMAS, WARDEN, ET AL., *ante*, p. 1051;

No. 95–6704.  CAREY *v.* ST. THERESA SCHOOL ET AL., *ante*, p. 1078; and

No. 95–6843.  OBERMEYER *v.* UNITED STATES, *ante*, p. 1062. Petitions for rehearing denied.